1238

No. 90–8089. SMALLWOOD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–8090. ROLLINS ET UX. v. KRAMER ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–8096. WASHINGTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8106. LOMAX v. WOOD, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–8112. GONZALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–8115. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8116. FULLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–8119. SCHIFF v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–8170. ORTIZ v. LEFEVRE, SUPERINTENDENT, FRANKLIN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–1520. AQUA-CHEM, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1587. CAPELETTI BROS., INC., ET AL. v. BROWARD COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 90–1616. OHIO v. WILLIAMS. Sup. Ct. Ohio. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1678. COLORADO v. GALIMANIS. Ct. App. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.